**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN HENRY MISTER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0819** |
| | : | |
| **DREW A. MARINO**, *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 19th day of February, 2026, upon consideration of John Henry Mister's

Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement

(ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      John Henry Mister, # 0084115, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court

directs the Warden of Chester County Prison or other appropriate official to assess an initial

filing fee of 20% of the greater of (a) the average monthly deposits to Mister's inmate account;

or (b) the average monthly balance in Mister's inmate account for the six-month period

immediately preceding the filing of this case.  The Warden or other appropriate official shall

calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court

with a reference to the docket number for this case.  In each succeeding month when the amount

in Mister's inmate trust fund account exceeds $10.00, the Warden or other appropriate official

shall forward payments to the Clerk of Court equaling 20% of the preceding month's income

credited to Mister's inmate account until the fees are paid.  Each payment shall refer to the

docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Chester County Prison.

4.      Mister is reminded that it is his obligation to notify this Court of his new address within two weeks of an address change if he is transferred or released or otherwise relocates.

5.      The Complaint is **DEEMED** filed.

6.      Mister's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

7.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**

2